**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LARRY B. MOORE, | ) NO. CV 03-9543-PSG (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| LEE ANN CHRONES, WARDEN, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: __January 14, 2010_____.

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE